UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-791 PAM/SRN

---

Keith Bernhard Crenshaw,

Plaintiff,

vs.

The City of St. Paul, the City of St. Paul Police Department, Officer Jeffrey A. Whitbeck, Officer Mark R. Ficcadenti, John Doe and Mary Roe,

Defendants.

**STIPULATION OF DISMISSAL AND ORDER WITHOUT PREJUDICE**

---

It is hereby stipulated by and between the parties, through their respective, undersigned attorneys, that this matter shall be dismissed as to all defendants without Prejudice and without costs or disbursements to either party.

Dated: 6-22-2001

John A. Krueger #211503
Krueger Law Office
Rosedale Towers
1700 West Highway 36, Suite 430
Saint Paul, Minnesota 55113
(651) 628-0800
*Attorney for the Plaintiff*

Dated: 06-21-01

John H. Stechmann #270908
Assistant Saint Paul City Attorney
550 City Hall & Courthouse
15 West Kellogg Boulevard
Saint Paul, Minnesota 55102
(651) 266-8710
*Attorney for the Defendants*



FILED JUN 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER FOR DISMISSAL**

Pursuant to the above-referenced Stipulation for Dismissal Without Prejudice, it is hereby ordered that the above-captioned lawsuit is dismissed without prejudice and without costs to either party.

Dated: June 27, 2001

The Honorable Paul A. Magnuson
Chief Judge of United States District Court